1   DARRYL PARKER, Bar No. 95914
    PREMIER LAW GROUP
2   3380 146th Place SE, Suite 430
    Bellevue, WA 98007
3   Tel:    (206) 285-1743
    Fax:    (206) 599-6316
4
    Attorney for Plaintiff Williams
5

6    DONNA R. ZIEGLER NO. 142415
    County Counsel
7   ROBERT D. REITER NO. 124926
    Deputy County Counsel
8   SAMANTHA N. STONEWORK NO. 245788
    Associate County Counsel
9   Office of County Counsel, Count of Alameda
    1221 Oak Street, Suite 450
10  Oakland, CA 94612
    Tel: (510) 272-6700
11  Attorneys for Defendant County of Alameda

12

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15  CURTIS D. WILLIAMS, an individual,      )
                                            )  Case No. C12-02511 SBA
16                      Plaintiff,          )
                                            )  STIPULATION AND ORDER TO ALLOW
17            vs.                           )  FILING OF PLAINTIFF'S FIRST
                                            )  AMENDED COMPLAINT
18  COUNTY OF ALAMEDA; Lieutenant           )
    THOMAS F. MADIGAN, Sergeant MARIO)
19  M. FELIX, Deputies KEVIN H. ESTEP,      )
    BRIAN R. FERNANDEZ, MICHAEL J.          )
20  GIAMMALVO, and JUSTIN MIGUEL,           )
    members of the Alameda County Sheriff's )
21  Office; and DOES 1-5 inclusive,         )
                                            )
22                      Defendants.         )
                                            )

23

STIPULATION AND [PROPOSED] ORDER TO ALLOW FILING OF      **Premier Law Group, PLLC**
PLAINTIFF'S FIRST AMENDED COMPLAINT - 1                  3380 146th Place SE, Ste 430
No. C 12-02511-SBA                                           Bellevue, WA 98007
                                                         (206) 285-1743/Fax (206) 599-6316

**STIPULATION**

**COME NOW** the parties, by and through their attorneys of record, and hereby stipulate and agree that Plaintiff may file the First Amended Complaint. By agreeing to this Stipulation, Defendants and each of them are not agreeing that the attached amended complaint is legally sufficient.  Defendants and each of them reserve their rights to respond to the attached amended complaint by motion or answer.  Defendants and each of them have thirty (30) days from the date of this order to file a responsive pleading to the attached amended complaint.  The parties join in requesting that the court enter the subjoined order to permit Plaintiff to file his First Amended Complaint for Damages attached hereto as Exhibit A.

**DATED** this 21st day of August 2012.

PREMIER LAW GROUP, PLLC              OFFICE OF THE COUNTY COUNSEL

/s/ Darryl Parker                                     /s/ Robert D. Reiter
Darryl Parker, CASB #95914                  Robert D. Reiter, CASB #124926
Attorney for Plaintiff                               Attorney for Defendants

**ORDER**

**THIS MATTER** having come before the court upon the foregoing stipulation of the parties and the court otherwise finding good cause, now, therefore,

**IT IS HEREBY ORDERED** that Plaintiff is permitted to file the First Amended Complaint for Damages.

Dated: 9/5/12                               _____
                                                      HONORABLE SAUNDRA B. ARMSTRONG

STIPULATION AND [PROPOSED] ORDER TO ALLOW FILING OF
PLAINTIFF'S FIRST AMENDED COMPLAINT - 2
No. C 12-02511-SBA

**Premier Law Group, PLLC**
3380 146th Place SE, Ste 430
Bellevue, WA 98007
(206) 285-1743/Fax (206) 599-6316