UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CURTIS D. WILLIAMS, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>THE COUNTY OF ALAMEDA, KEVIN H. ESTEP, THOMAS F. MADIGAN, MARIO M. FELIX, BRIAN R. FERNANDEZ, MICHAEL J. GIAMMALVO, MICAH BENNETT, LUIS SANTAMARIA, , and DOES 1-5 inclusive,<br><br>    Defendants. | Case No:  C 12-02511 SBA<br><br>**ORDER STRIKING PLAINTIFF'S OVERSIZED OPPOSITION BRIEF** |

    Plaintiff has filed a twenty-four page opposition to Defendants' motion to dismiss. Dkt. 18.  Under this Court's Standing Orders, the maximum page limit for motions and oppositions thereto is <u>fifteen</u> pages.  Dkt. 2 at 4.  The Standing Orders further state that any brief filed "in an improper manner or form shall not be received or considered by the Court."  <u>Id.</u>; <u>see</u> <u>Swanson v. U.S. Forest Serv.</u>, 87 F.3d 339, 345 (9th Cir. 1996) (courts have discretion to strike oversized briefs).  Accordingly,

    IT IS HEREBY ORDERED THAT Plaintiff's opposition brief (Dkt. 19) is STRICKEN from the record.  Plaintiff shall have until January 14, 2013 to refile his opposition in conformity with the Court's Standing Orders.  Defendants may file a revised reply by no later than January 21, 2013.

    IT IS SO ORDERED.

Dated: 1/7/13

                                         SAUNDRA BROWN ARMSTRONG<br>
                                         United States District Judge