UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CURTIS D. WILLIAMS, an individual<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF ALAMEDA, et al,<br><br>Defendant. | Case No.: 12-CV-02511 SBA<br><br>**ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND MEDIATION DEADLINE** |
|---|---|

THIS MATTER having come before the court upon the foregoing stipulation of the parties and the court otherwise finding good cause, now, therefore,

**IT IS HEREBY ORDERED** that the Court further continues the Case Management Conference to the following date and time:  March 28, 2013 at 2:45 p.m.

The parties are to advise the Court if the matter has settled or otherwise file and serve updated CMC Statements on or before March 21, 2013.

The Court further continues the mediation deadline to the following date and time: April 12, 2013.

Dated: __2/19/13__                                    *Saundra B. Armstrong*
                                                                HONORABLE SAUNDRA B. ARMSTRONG