1  DARRYL PARKER, CASB NO. 95914
   PREMIER LAW GROUP
2  3380 146th Place SE, Suite 430
   Bellevue, WA 98007
3  Tel:   (206) 285-1743
   Fax:   (206) 599-6316
4  Attorney for Plaintiff Williams

5

6  DONNA R. ZIEGLER [142415]
   County Counsel
7  By:  ROBERT D. REITER  [124926]
   Deputy County Counsel
8  SAMANTHA N. STONEWORK-HAND [245788]
   Associate County Counsel
9  Office of County Counsel, County of Alameda
   1221 Oak Street, Suite 450
10  Oakland, California 94612
   Telephone:     (510) 272-6700
11
   Attorneys for Defendants
12

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17  CURTIS D. WILLIAMS, an individual,          Case No.: C12-02511  (SBA)

18                          Plaintiff,           **STIPULATION AND [PROPOSED]
                                                 ORDER TO REFER DISCOVERY
19         v.                                    DISPUTE TO A MAGISTRATE
                                                 JUDGE**
20  THE COUNTY OF ALAMEDA, KEVIN H.
    ESTEP, THOMAS F. MADIGAN, MARIO M.
21  FELIX, BRIAN R. FERNANDEZ, MICHAEL
    J. GIAMMALVO, MICAH BENNETT, LUIS
22  SANTAMARIA, , and DOES 1-5 inclusive,

23                          Defendants.

24

25

26

27

28
---
**STIPULATION AND [PROPOSED] ORDER TO REFER DISCOVERY DISPUTE TO A MAGISTRATE JUDGE**
**Case No. C 12-02511**                    1

1

## STIPULATION

2       COMES NOW the parties, by and through their attorneys of record, who hereby stipulate

3  and agree to have the current discovery dispute referred to a magistrate judge for an *in camera*

4  review of personnel files and citizens' complaints of the individual defendants named in the First

5  Amended Complaint. After review and briefing, the parties also stipulate and agree to have said

6  magistrate judge determine which, if any, of the above documents are to be delivered to

7  plaintiff's counsel and under what circumstances.

8

9  DATED: April 30, 2013

10       Premier Law Group PLLC                    Office of the County Counsel in and for the
                                                     County of Alameda, State of California

11

12

13       By: /s/  *Darryl Parker*                    By: /s/ *Robert D. Reiter*
             Darryl Parker                               Robert D. Reiter
             Attorney for Plaintiff                      Attorney for Defendants

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER TO REFER DISCOVERY DISPUTE TO A MAGISTRATE JUDGE**
**Case No. C 12-02511**                    2

**[PROPOSED] ORDER**

THIS MATTER having come before the court upon the foregoing stipulation of the parties and the court otherwise finding good cause, now, therefore,

**IT IS HEREBY ORDERED** that the Court will refer the above described discovery dispute to a Magistrate Judge .

IT IS SO ORDERED.

Dated:  __5/13_____, 2013 _____

HONORABLE SAUNDRA B. ARMSTRONG

**STIPULATION AND [PROPOSED] ORDER TO REFER DISCOVERY DISPUTE TO A MAGISTRATE JUDGE**
**Case No. C 12-02511**                                    3