DARRYL PARKER, CASB NO. 95914
PREMIER LAW GROUP
3380 146th Place SE, Suite 430
Bellevue, WA 98007
Tel:   (206) 285-1743
Fax:   (206) 599-6316
Attorney for Plaintiff Williams

DONNA R. ZIEGLER [142415]
County Counsel
By:  ROBERT D. REITER  [124926]
Deputy County Counsel
SAMANTHA N. STONEWORK-HAND [245788]
Associate County Counsel
Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:   (510) 272-6700

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS D. WILLIAMS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF ALAMEDA, KEVIN H. ESTEP, THOMAS F. MADIGAN, MARIO M. FELIX, BRIAN R. FERNANDEZ, MICHAEL J. GIAMMALVO, MICAH BENNETT, LUIS SANTAMARIA, , and DOES 1-5 inclusive,<br><br>Defendants. | Case No.: C12-02511  (SBA)<br><br>**STIPULATION AND [PROPOSED] ORDER TO REFER DISCOVERY DISPUTE TO A MAGISTRATE JUDGE** |

**STIPULATION AND [PROPOSED] ORDER TO REFER DISCOVERY DISPUTE TO A MAGISTRATE JUDGE**
**Case No. C 12-02511**                                                                            1

# **STIPULATION**

COMES NOW the parties, by and through their attorneys of record, who hereby stipulate and agree to have the current discovery dispute referred to a magistrate judge for an *in camera* review of personnel files and citizens' complaints of the individual defendants named in the First Amended Complaint. After review and briefing, the parties also stipulate and agree to have said magistrate judge determine which, if any, of the above documents are to be delivered to plaintiff's counsel and under what circumstances.

DATED: April 30, 2013

Premier Law Group PLLC                     Office of the County Counsel in and for the
                                                                County of Alameda, State of California


By: /s/ *Darryl Parker*                              By: /s/ *Robert D. Reiter*
    Darryl Parker                                          Robert D. Reiter
    Attorney for Plaintiff                               Attorney for Defendants

---

**STIPULATION AND [PROPOSED] ORDER TO REFER DISCOVERY DISPUTE TO A MAGISTRATE JUDGE**
**Case No. C 12-02511**                                          2

# [PROPOSED] ORDER

THIS MATTER having come before the court upon the foregoing stipulation of the parties and the court otherwise finding good cause, now, therefore,

**IT IS HEREBY ORDERED** that the Court will refer the above described discovery dispute to a Magistrate Judge .

IT IS SO ORDERED.

Dated: __5/13_____, 2013  _____*Saundra B. Armstrong*_____
HONORABLE SAUNDRA B. ARMSTRONG

**STIPULATION AND [PROPOSED] ORDER TO REFER DISCOVERY DISPUTE TO A MAGISTRATE JUDGE**
**Case No. C 12-02511**          3