UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CURTIS D. WILLIAMS                      No. C 12-02511 SBA (MEJ)

           Plaintiff(s),                      **NOTICE OF REFERRAL FOR DISCOVERY**

   v.

THE COUNTY OF ALAMEDA

           Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

       This case has been referred to Magistrate Judge Maria-Elena James for discovery. The parties must comply with Judge James' Discovery Standing Order, which is available on the Court's website at http://www.cand.uscourts.gov/. A copy is enclosed herewith for any pro se party.

       The parties are advised that they must meet and confer <u>in person</u> before any dispute is considered. Thus, any pending discovery motions are hereby DENIED WITHOUT PREJUDICE to the filing of a joint letter. If the parties submitted a letter to the presiding judge instead of a motion, the letter shall not be considered unless the parties attest that they met and conferred <u>in person</u> prior to filing the letter. Accordingly, within three days from issuance of this notice, the parties shall file a joint statement verifying that they met in person prior to filing the letter.

       Please contact the Courtroom Deputy Clerk, Rose Maher, at (415) 522-4708 with any questions.

       **IT IS SO ORDERED**

Dated: May 13, 2013

_____
Maria-Elena James
United States Magistrate Judge