UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CURTIS D. WILLIAMS,<br><br>　　　　　Plaintiff,<br>　v.<br>THE COUNTY OF ALAMEDA, et al.,<br>　　　　　Defendants.<br>_____/ | No. C 12-2511 SBA (MEJ)<br><br>**DISCOVERY ORDER RE: IN CAMERA REVIEW** |

On August 29, 2013, the Court held a discovery conference in this case regarding Defendants' production of certain documents for in camera review. Ada Wong appeared for Plaintiff and Robert Reiter appeared for Defendants. At the conference, Defendants agreed to produce redacted documents to Plaintiff within seven days after the Court issues its production order. However, if Defendants object to the Court's production order, they shall instead file a notice of objection(s) within seven days.

Although not addressed during the conference, the Court requests that Defendants submit the documents with Bates numbers or another numbering method for ease of reference.

**IT IS SO ORDERED.**

Dated: August 29, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge