UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CURTIS D. WILLIAMS,<br><br>　　　　　Plaintiff,<br>　v.<br><br>THE COUNTY OF ALAMEDA, et al.,<br><br>　　　　　Defendants.<br>_____/ | No. C 12-2511 SBA (MEJ)<br><br>**ORDER AFTER IN CAMERA REVIEW** |

On August 28, 2013, the Court ordered Defendants to produce certain internal affairs files for in camera review. Dkt. No. 52. Having completed its review of the files, the Court ORDERS Defendants to produce File No. 2010-0013, Bates OCC000028-183, in accordance with the Court's August 28 Order.

**IT IS SO ORDERED.**

Dated: September 19, 2013

_____
Maria-Elena James
United States Magistrate Judge