DARRYL PARKER, CASB NO. 95914
PREMIER LAW GROUP
3380 146th Place SE, Suite 430
Bellevue, WA 98007
Tel:    (206) 285-1743
Fax:    (206) 599-6316

Attorney for Plaintiff Williams

DONNA R. ZIEGLER NO. 142415
County Counsel
ROBERT D. REITER NO. 124926
Deputy County Counsel
Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, CA  94612
Tel:    (510) 272-6700

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS D. WILLIAMS, an individual,<br><br>                    Plaintiff,<br><br>          vs.<br><br>THE COUNTY OF ALAMEDA, KEVIN H. ESTEP, THOMAS F. MADIGAN, MARIO M. FELIX, BRIAN R. FERNANDEZ, MICHAEL J. GIAMMALVO, MICHAH BENNETT, LUIS SANTAMARIA, and DOES 1-5 inclusive,<br><br>                    Defendants. | Case Number: C 12-02511 SBA<br><br>STIPULATION FOR DISMISSALS AND ORDER THEREON |

The parties to this action, by and through their attorneys of record, hereby stipulate to the following dismissals:

STIPULATION

Doc no. 138871

1. The County of Alameda is dismissed with prejudice from the First, Second, Third, Fourth, and Fifth Claims for Relief as stated in the Second Amended Complaint. The County of Alameda is not dismissed from the Sixth Claim for Relief.

2. Defendant Lieutenant Thomas F. Madigan is dismissed with prejudice from each and every Claim for Relief as stated in the Second Amended Complaint and shall no longer be a party to this action.

3. All defendants are dismissed with prejudice from the First Claim for Relief as stated in the Second Amended Complaint, except for Defendant Kevin H. Estep.

4. All defendants are dismissed with prejudice from the Third Claim for Relief as stated in the Second Amended Complaint, except for Defendant Justin Miguel.

PREMIER LAW GROUP

Dated: _____      By: */s/ Darryl Parker*
                                DARRYL PARKER, Attorneys for Plaintiff


OFFICE OF THE COUNTY COUNSEL, COUNTY OF ALAMEDA

Dated: _____      By: */s/ Robert D. Reiter*
                                ROBERT D. REITER, Deputy County Counsel
                                Attorneys for Defendants

///

///

///

STIPULATION

2

Doc no. 138871

Based upon the foregoing Stipulation, **IT IS HEREBY ADJUDGED, ORDERED AND DECREED AS FOLLOWS:**

1. The County of Alameda is dismissed with prejudice from the First, Second, Third, Fourth, and Fifth Claims for Relief as stated in the Second Amended Complaint.  The County of Alameda is not dismissed from the Sixth Claim for Relief.

2. Defendant Lieutenant Thomas F. Madigan is dismissed with prejudice from each and every Claim for Relief as stated in the Second Amended Complaint and shall no longer be a party to this action.

3. All defendants are dismissed with prejudice from the First Claim for Relief as stated in the Second Amended Complaint, except for Defendant Kevin H. Estep.

4. All defendants are dismissed with prejudice from the Third Claim for Relief as stated in the Second Amended Complaint, except for Defendant Justin Miguel.

DATED:_____3/25/2014_____                 _____

UNITED STATES
DISTRICT COURT JUDGE

STIPULATION

3

Doc no. 138871