DONNA R, ZIEGLER [142415]
County Counsel
MARY ELLYN GORMLEY [154327]
Assistant County Counsel
ROBERT REITER [124926]
Deputy County Counsel
Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:  (510) 272-6700
Attorney for County of Alameda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS D. WILLIAMS, an individual<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF ALAMEDA, et al,<br><br>Defendant. | Case No.: 12-CV-02511 SBA<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TO EXCEED PAGE LIMITATION FOR MOTION FOR SUMMARY JUDGMENT |

Pursuant to Local Rule 7-11, Defendants moved for permission to exceed the page limitation for their Motion for Summary Judgment in the above-captioned case. The parties submitted a stipulation within which Plaintiff consents to Defendants' request to file a motion exceeding 25 pages, but not in excess of 35 pages.  In exchange, Plaintiff may file an opposition to said motion subject to the same page limitations.

Having considered Defendants' motion, and finding good cause therefor, PURSUANT TO STIPULATION, IT IS SO ORDERED except Defendants' motion for summary judgment and Plaintiff's opposition thereto shall not exceed 30 pages.

Date: ____3/25/2014____          _____/s/ Saundra B. Armstrong_____
                                 The Honorable Saundra Brown Armstrong