DARRYL PARKER, CASB NO. 95914
ADA K. WONG, CASB NO. 288247
PREMIER LAW GROUP
3380 146th Place SE, Suite 430
Bellevue, WA 98007
Tel:     (206) 285-1743
Fax:     (206) 599-6316

Attorneys for Plaintiff


DONNA R. ZIEGLER [142415]
County Counsel
By:  ROBERT D. REITER [124926]
Deputy County Counsel
SAMANTHA N. STONEWORK-HAND [245788]
Associate County Counsel
Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:     (510) 272-6700

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS D. WILLIAMS, an individual,<br><br>                          Plaintiff,<br><br>         v.<br><br>THE COUNTY OF ALAMEDA, KEVIN H. ESTEP, THOMAS F. MADIGAN, MARIO M. FELIX, BRIAN R. FERNANDEZ, MICHAEL J. GIAMMALVO, MICAH BENNETT, LUIS SANTAMARIA, , and DOES 1-5 inclusive,<br><br>                          Defendants. | Case No.: C12-02511  (SBA)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES** |

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES -** 1
CASE NO. C-12-02511 (SBA)

PREMIER LAW GROUP PLLC
3380 – 146th PL SE, Suite 430
Bellevue, Washington  98007
(206) 285-1743 / Fax: (206) 599-6316

**STIPULATION**

COMES NOW the parties, by and through their attorneys of record, who hereby stipulate and agree to continue the hearing on Defendants' Motion for Summary Judgment Or, In The Alternative, Summary Adjudication of the Issues (ECF No. 60) from April 22, 2014 at 1:00 p.m. to April 29, 2014 at 1:00 p.m. Plaintiff's counsel lives and practices in the State of Washington and is scheduled for trial in the Western District of Washington starting April 7, 2014.

DATED: April 7, 2014.

Premier Law Group, PLLC                    Office of the County Counsel, in and for the
                                           County of Alameda, State of California

By: /s/ *Darryl Parker*                    By: /s/ *Robert D. Reiter*
    Darryl Parker                              Robert D. Reiter
    Attorney for Plaintiff                     Attorney for Defendants

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
HEARING ON DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY
ADJUDICATION OF ISSUES - 2
CASE No. C-12-02511 (SBA)

PREMIER LAW GROUP PLLC
3380 – 146th PL SE, Suite 430
Bellevue, Washington  98007
(206) 285-1743 / Fax: (206) 599-6316

1

**[~~PROPOSED~~] ORDER**

2       THIS MATTER having come before the court upon the foregoing stipulation of the

3   parties and the court otherwise finding good cause, now, therefore,

4   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

5

6   Dated: _____April 8_____, 2014    _____

                                                HONORABLE SAUNDRA B. ARMSTRONG

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE
HEARING ON DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY
ADJUDICATION OF ISSUES -** 3
CASE NO. C-12-02511 (SBA)

PREMIER LAW GROUP PLLC
3380 – 146th PL SE, Suite 430
Bellevue, Washington  98007
(206) 285-1743 / Fax: (206) 599-6316

1   RE:   **CURTIS D. WILLIAMS V. THE COUNTY OF ALAMEDA, ET AL.**
         *United States District Court – Northern District Case No: C12-02511 (SBA)*

2   ———————————————————————————————————————

### PROOF OF SERVICE

3       I am a citizen of the United States, over the age of 18 years and not a party to the
within entitled action.  I am employed at the Office of the County Counsel, County of
4   Alameda, 1221 Oak Street, Suite 450, Oakland, California 94612-4296.

5       On the below date, I served the attached:

6   **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON
    DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE
    ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES**
7

8   in the below-mentioned matter on the parties to this action by placing a true copy thereof in
    a sealed envelope, addressed as follows:

9               DARRYL PARKER, CASB NO. 95914
               PREMIER LAW GROUP
10             3380 146th Place SE, Suite 430
               Bellevue, WA 98007
11             Tel:    (206) 285-1743
               Fax:    (206) 599-6316
               (Attorneys for Plaintiff)
12

13  ☒   BY MAIL:  I am readily familiar with the Office of the County Counsel, Alameda County's
        practice for collecting and processing correspondence for mailing.  On the same day that
        correspondence is placed for collection and mailing, it is deposited in the ordinary course of
14      business with the United States Postal Service in the City of Oakland, California, in a sealed
        envelope with postage fully prepaid.
15

16  ☐   BY OVERNIGHT DELIVERY:  I enclosed the documents in an envelope or package
        provided by an overnight delivery carrier and addressed to the person(s) listed above.  I
        placed the envelope or package for collection and overnight delivery at an office or regularly
17      utilized drop box of the overnight delivery carrier.

18  ☐   BY FACSIMILE: I caused a copy (or copies) of such document(s) to be sent via facsimile
        transmission to the office(s) of the addressee(s).
19

20      I declare under penalty of perjury that the foregoing is true and correct and that this
    declaration was executed at Oakland, California on April 7, 2014.

21                                          */s/ Dalia Liang*
                                             Dalia Liang
22

23

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE
HEADING ON DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY
ADJUDICATION OF ISSUES - 4**
CASE NO. C-12-02511 (SBA)

**PREMIER LAW GROUP PLLC**
3380 – 146th PL SE, Suite 430
Bellevue, Washington  98007
(206) 285-1743 / Fax: (206) 599-6316